UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMONA JOYNER,                                  Civil Action No.:
                          Plaintiff,    11 Civ. 6005 (JSR)

   -against-

CONTINENTAL CASUALTY COMPANY,      **DEFENDANT'S RULE 7.1
                                   DISCLOSURE STATEMENT**
                          Defendant.
                                   **DOCUMENT
                                   ELECTRONICALLY FILED**

------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, Hartford Life Group Insurance Company ("Hartford") incorrectly sued herein as Continental Casualty Company, certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

    1.    The Hartford Financial Services Group, Inc.

The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. No publicly held corporation currently owns 10% or more of its common stock. Allianz SE, a publicly held corporation that has no parent corporation, holds contingent rights to purchase more than 10% of the common stock of The Hartford Financial Services Group, Inc.

Dated:   New York, New York
October 21, 2011

                                          Respectfully submitted,

                                          _____s/_____
                                          MICHAEL H. BERNSTEIN (MB 0579)
                                          JOHN T. SEYBERT (JS 5014)
                                          SEDGWICK LLP
                                          125 Broad Street, 39th Floor
                                          New York, New York 10004-2400
                                          T:  (212) 422-0202
                                          F:  (212) 422-0925
                                          **Attorneys for Defendant**
                                          Hartford Life Group Insurance Company incorrectly
                                          sued herein as Continental Casualty Company


TO:   Michail Z. Hack Esq.
        QuadrinoSchwartz
        666 Old Country Road
        Garden City NY 11530
        Business Phone:  (516) 745-1122
        Business E-mail:  mzh@quadrinoschwartz.com
        **Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

        I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** (for Hartford Life Group Insurance Company) was served by **ECF and Regular Mail** on October 21, 2011, upon the following:

TO:    Michail Z. Hack Esq.
          QuadrinoSchwartz
          666 Old Country Road
          Garden City NY 11530
          Business Phone:  (516) 745-1122
          Business E-mail:  mzh@quadrinoschwartz.com
          *Attorney for Plaintiff*

                                                    s/
                                        MICHAEL H. BERNSTEIN (MB-0579)