UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMONA JOYNER,                                  Civil Action No.:
                 Plaintiff,      11 Civ. 6005 (JSR)

   -against-
                                             **DECLARATION OF**
CONTINENTAL CASUALTY COMPANY,      **JOE MAGGIO**

                          Defendant.     DOCUMENT
                                               ELECTRONICALLY FILED
------------------------------------------------------------X

      JOE MAGGIO, pursuant to 28 U.S.C. §1746(2), declares under penalty of perjury the following:

      1.    I am currently employed as a Benefit Analyst for Hartford Life Group Insurance Company ("Hartford"). As part of my duties as a Benefit Analyst for Hartford, I review and am familiar with group policies of insurance issued by Hartford insuring plan benefits for long term disability benefit plans established by employer groups.

      2.    This Declaration is respectfully submitted in support of Hartford's motion to dismiss, or in the alternative, to transfer venue of this action to the U.S. District Court for the Western District of Virginia.

      3.    Annexed hereto as **Exhibit "A"** is a true and correct copy of the group insurance policy no. SR-83090156 issued by Continental to the Computer Sciences Corporation, effective January 1, 2001, insuring the Group Long Term Disability Plan for employees of the Computer Sciences Corporation, that was subsequently assumed by Hartford numbered JOYNER 000001 to JOYNER 000026.

Dated:   November 2, 2011

                                          I declare under penalty of perjury that the foregoing is true and correct.

                                          _____
                                          JOE MAGGIO

NY/754561v1

**CERTIFICATE OF SERVICE**

     I, BETSY D. BAYDALA, hereby certify and affirm that a true and correct copy of the attached **DECLARATION OF JOE MAGGIO** was served via ECF and regular mail on November 4, 2011 upon the following:

Michail Z. Hack Esq.
Quadrino & Schwartz
666 Old Country Road
Garden City, NY 11530
Business Phone:  (516) 745-1122
Business E-mail:  mzh@quadrinoschwartz.com

Dated:    New York, New York
              November 4, 2011

                                           s/
                                         BETSY D. BAYDALA (BB 5165)

NY/754561v1